**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MAY 19, 2015**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

| WD77426 | Timothy Clay, Jr. vs. State of Missouri |
| WD77597 | Charles Burgett vs. Security Storage Properties, et al |
| WD77599 | In the Interest of: D.W.J. vs. Juvenile Officer |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

| WD76710 | State of Missouri vs. Daryl Lemasters |